IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUGENE SCALIA[1],<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>EPIC HEALTH SERVICES (DE), LLC, a limited liability company; APRIL MCCOLLEY, individually and as a manager and director of the aforementioned company,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 19-1824 (RGA)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO APPROVE AND ENTER CONSENT JUDGMENT**

Plaintiff hereby moves this Court to Approve and Enter the Consent Judgment against Defendants, as agreed to by the parties. In support thereof, the Secretary represents that the parties have reached an agreement for the purpose of settling the above-referenced matter. The terms of this agreement are set forth in the Consent Judgment attached hereto as Exhibit A, which has been signed by Defendants.

WHEREFORE, for the reasons set forth above, the Secretary respectfully requests that the Court enter the Consent Judgment attached hereto.

---

[1] Eugene Scalia is substituted for former Acting Secretary of Labor Patrick Pizzella. Fed. R. Civ. P. 25(d).

Respectfully submitted,

| | |
|---|---|
| Mailing Address: | **UNITED STATES DEPARTMENT OF LABOR** |
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>170 S. Independence Mall West<br>Suite 630E, The Curtis Center<br>Philadelphia, PA 19106 | Kate S. O'Scannlain<br>Solicitor of Labor<br><br>Oscar L. Hampton III<br>Regional Solicitor |
| (215) 861-5141 (voice)<br>(215) 861-5162 (fax) | */s/ Brian P. Krier*<br>Brian P. Krier<br>Senior Trial Attorney |
| krier.brian@dol.gov | PA ID # 313826 |

## CERTIFICATE OF SERVICE

I certify that on February 7, 2020, I electronically filed the foregoing *Motion to Approve and Enter Consent Judgment* with the Clerk of Court by using the CM/ECF system, which will provide notice and an electronic link to this document to the following attorney of record:

James H. McMackin, III
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
jmcmackin@morrisjames.com

*/s/ Brian P. Krier*
Brian P. Krier
Senior Trial Attorney